**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR138 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LORI A. MEIDE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue the trial of this matter scheduled for August 27, 2012 (Filing No. 49). The defendant is presently undergoing a substance abuse evaluation and government's counsel is scheduled for trial in another proceeding. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 49) is granted.

2. Trial of this matter is re-scheduled for **October 1, 2012,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 17, 2012, and October 1, 2012,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that government's counsel is unavailable for trial and defendant is undergoing a substance abuse evaluation. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 17th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge